**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-02991 JAK (SHx) | Date | July 2, 2012 |
|---|---|---|---|
| Title | George Go v. Kaplan, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On June 29, 2012, plaintiff filed "Notice of Settlement" (Dkt. 66). The Court sets an Order to Show Cause re Dismissal for August 6, 2012 at 1:30 p.m. If the parties file a dismissal by August 2, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The July 2, 2012 Post Mediation Status Conference, October 29, 2012 Final Pretrial Conference, November 9, 2012 Exhibit Conference, and November 13, 2012 Jury Trial are vacated.

Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 49) - Claim for Wrongful Termination in Violation of Public Policy Only - is now moot.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak